# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Kimberley E O'Brien
                                          Plaintiff,

v.                                                                   Case No.: 1:12–cv–01201
                                                                    Honorable Edmond E. Chang

Kevin Anderson
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 12, 2012:

       MINUTE entry before Honorable Edmond E. Chang: Status and motion hearing held. For the reasons stated in open court, Plaintiff's motion to compel [41] is denied in large part and granted in part, specifically, to allow Plaintiff to take the deposition of Mr. Napolitano. Also, as explained in open court, Defendant's motion to preclude punitive damages [47] is denied. In sum, Defendant's motion is really a partial summary judgment motion. Thus, the evidence must be viewed in the light most favorable to Plaintiff and all reasonable inferences must be drawn in her favor. Her own deposition testimony sets forth, if believed, a pattern of abuse that would readily justify the imposition of punitive damages by a reasonable jury. The Court was informed that both parties have disclosed experts, and that 1 expert deposition is needed (due to scheduling conflicts, the deposition may be taken anytime up to the next status hearing). Status hearing set for 11/15/12 at 8:30 a.m. If the parties decide before the next status hearing that they would like a settlement conference, they may call the Courtroom Deputy, Sandra Brooks @ (312) 408–5121, for a referral to the magistrate judge. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.